FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr125-MHT |
| | ) | [18 USC 1546(a)] |
| RUBEN ELIZALDE-ZUNIGA | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about March 3, 2006, in Lee County, Alabama, in the Middle District of Alabama, the defendant,

RUBEN ELIZALDE-ZUNIGA,

did knowingly utter, use, possess, obtain and receive an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Susan R. Redmond
Assistant United States Attorney