IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:06cr125-MHT |
| | ) | |
| RUBEN ELIZALDE-ZUNIGA | ) | |

## **ORDER**

For good cause, it is

ORDERED that the arraignment currently set for 27 September 2006 at 10:00 a.m. is RESET to *25 September 2006 at 9:00 a.m.* in Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before Magistrate Judge Vanzetta Penn McPherson.

The Clerk is directed to provide an Interpreter for the proceeding.

DONE, this 22nd day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE