**COURTROOM DEPUTY MINUTES**  DATE: 9/25/06
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING: 9:16 - 9:27**

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 3:06cr125-MHT          **DEFT. NAME:** RUBEN ELIZALDE-ZUNIGA

**USA:** Susan R. Redmond             **ATTY:** Kevin Butler

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:**

Defendant √ does   does NOT need an interpreter; NAME: Beverly Childress

---

- ☐ Kars.    Date of Arrest _____ or  ☐ karsr40
- √ kia.     Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- √ Finaff.  Financial Affidavit executed ☐ to be obtained by PTS;  √ **ORAL** Motion for Appt. Of Counsel.
- √ koappted **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐         Deft. Advises he will retain counsel. Has retained _____
- ☐         Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐         Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐         **DETENTION HRG** ☐ held;  ☐ set for _____ ;  ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
            ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.     Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. Waiver of ☐ Preliminary hearing;  ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐         Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- √ Karr.   **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
            √ **Trial Term**  10/30/06           ;  √ **PRETRIAL CONFERENCE DATE:** 10/16/06
            √ **DISCOVERY DISCLOSURES DATE:** 9/25/06
- ☐ Krmknn. **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ Kwvspt  **Waiver of Speedy Trial Act Rights Executed**.