**COURTROOM DEPUTY'S MINUTES**   **DATE:** 10/16/06

**MIDDLE DISTRICT OF ALABAMA**   Digital Recording: 9:32 - 9:34

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:06cr125-MHT   **DEFENDANT(S):** Ruben Elizalde-Zuniga

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * * * | Kevin L. Butler |
| | * * | |

❏ **DISCOVERY STATUS:**   Complete

❏ **PENDING MOTION STATUS:**   None

❏ **PLEA STATUS:**   Likely Plea

❏ **TRIAL STATUS**
   1 Day for Trial

❏ **REMARKS:**   Set Change of Plea for 10/23/06 @ 9:00 a.m.