MIDDLE DISTRICT OF ALABAMA             COURT REPORTER:    Risa Entrekin

❏ARRAIGNMENT        xCHANGE OF PLEA        ❏CONSENT PLEA

❏RULE 44(c) HEARING        ❏SENTENCING

---

**PRESIDING MAG. JUDGE:** _Vanzetta Penn McPherson_        **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _3:06cr125-MHT_        **DEFENDANT NAME:** _Ruben Elizalde-Zuniga_

**AUSA:** _Susan R. Redmond_        **DEFENDANT ATTY:** _Kevin L. Butler_

Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** _Jakki Caple_

**De fendant** __x__ **does** _____ **does NOT need and interpreter.**

**Interpreter present?** _____ **NO** __x__ **YES    Name:** _Beverly Childress_

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❏ Not Guilty                        ❏Nol Contendere

❏Not Guilty by reason of insanity

x❏Guilty as to:

X❏Count(s) ___1___    of the Felony Indictment.

❏Count(s) _____    ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

**X —    ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

X—    Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea
                                                                        Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under x same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____ ; ❏ Sentencing    ❏ to be set by Separate Order

X —    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____ ; or   X Sentencing Xset by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.