IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 3:06cr125-MHT |
| | ) | |
| RUBEN ELIZALDE-ZUNIGA | ) | |

### DEFENDANT'S MOTION FOR IMMEDIATE SENTENCING

**COMES NOW** the Defendant, **RUBEN ELIZALDE-ZUNIGA**, by and through undersigned counsel, Kevin L. Butler, and respectfully requests that his sentencing be conducted as soon as possible. In support thereof, Mr. Amaiquema-Macias would show:

A.  On October 23, 2006, Mr. Elizalde-Zuniga, entered a plea of guilty to the single count charged in the indictment.

B.  On December 27, 2006, undersigned counsel received a copy of the PSI Report from United States Probation Office. The defendant, through undersigned counsel, waives any objections to the PSI Report.

C.  Because the draft PSI contains sufficient information to allow the Court to exercise its sentencing authority under 18 U.S.C. § 3553, pursuant to Fed. R. Crim. P. 32(b)(2), the defendant requests that sentencing be advanced. *See also*, Fed. R. Crim. P. 32(c)(1)(A)(ii).

Dated this 28th day of December 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 3:06cr125-MHT |
| | ) | |
| **RUBEN ELIZALDE-ZUNIGA** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andy Schiff, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138