IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:06cr125-MHT |
| RUBEN ELIZALDE-ZUNIGA | ) | |
| | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Ruben Elizalde-Zuniga's motion for immediate sentencing (doc. no. 20) is granted.

(2) Defendant Elizalde's sentencing, currently scheduled for January 18, 2007, is reset for January 12, 2007, at 9:00 am in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 9th day of January, 2007.

                                               /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE