# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  January  12, 2007          AT  9:20   A.M./P.M.

DATE COMPLETED  January  12, 2007          AT  9:34   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           3:06cr125-MHT
        VS.

RUBEN ELIZALDE-ZUNIGA

---

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X | Atty Kevin L. Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

---

COURT OFFICIALS PRESENT:

| Anthony Green,<br>Courtroom Clerk | Danielle Goldstein,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|
|  | Beverly Childress,<br>Interpreter |  |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:          SENTENCING HEARING

9:20 a.m.                       Sentencing hearing commenced. Terms of plea
                                agreement stated on the record. Terms of plea
                                agreement modified by defendant's counsel as
                                stated on the record. Government concurs with
                                modification of plea agreement. Sentence
                                imposed.
9:34 a.m.                       Hearing concluded.